IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANKLIN M. BERESFORD,** | : | CIVIL ACTION NO. 1:20-CV-525 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **WARDEN CLAIR DOLL,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 20th day of January, 2021, upon consideration of the petition for writ of habeas corpus, (Doc. 1), and respondent's suggestion of mootness, (Doc. 10), it is hereby ORDERED that:

1. The petition for writ of habeas corpus, (Doc. 1.) is DISMISSED AS MOOT.

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania